# United States District Court
## Violation Notice (Rev. 1/2020)

393-2024-TAI054

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WL1 | E 2183018 | Gibson | TAI5 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 09/11/2024 2300 | LRS 32:861 |

Place of Offense: Chaftee al; Railhead

Offense Description: Factual Basis for Charge — HAZMAT ☐

No Liability INS

### DEFENDANT INFORMATION

Last Name: Blanchard   First: Chase   MI: M

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS | CDL | Color |
|---|---|---|---|---|---|---|
| Z199E81 | LA | 05 | GMC | | | White |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

M/C

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE

Court Address: 611 Broad St, Lake Charles, LA 70601, 337-531-6143

Date: 5 Nov 24   Time: 0800

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*E2183018*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 11 Sep, 20 24 while exercising my duties as a law enforcement officer in the Western District of Louisiana

See Attached

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/11/2024   Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident